IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:25-cr-543-BL-2 |
| | ) | |
| JONQUIL NACOREY BORUM | ) | |

## ORDER

**Read this order carefully. Failure to comply with this order may subject counsel to sanctions.**

On January 20, 2026, the United States Magistrate Judge entered a report and recommendation concerning the Defendant's plea of guilty (Doc. 45), to which both parties have filed notices of having no objection (Doc. 46 and Doc. 47).

Accordingly, it is ORDERED that the Magistrate Judge's recommendation (Doc. 45) is adopted, the court accepts the Defendant's plea of guilty as to count 2 of the indictment, and the Defendant is adjudged guilty of this offense.

It is further ORDERED as follows:

1. **Setting:** Sentencing of the Defendant is hereby set on **May 26, 2026, at 10:00 a.m.**, in Courtroom 2E, the Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

2. **Objections to Presentence Report:** In accordance with Rule 32(f)(1), *Federal Rules of Criminal Procedure*, **no less than fourteen (14) calendar days** after receiving the presentence report, counsel for the Defendant and the Government shall communicate in writing to the probation officer, and to each other, any objections they have as to any material information, sentencing classifications, sentencing guideline ranges, and policy statements contained in or omitted from the Presentence Report. The probation officer will notify parties of the objection deadline and will schedule a conference to discuss and resolve, if possible, any factual and legal issues contained in the Presentence Report. **The court will deem any untimely objections to be waived, absent a good cause showing.**

3. **Motions for Departure or Variance:** Any motion for departure or motion for variance shall be filed **on or before the conference date with the probation officer**, unless based on circumstances unknown and unforeseen on that date, in which case the motion must be filed promptly upon discovery of such circumstances. **Counsel shall not embed a departure or variance request within a sentencing memorandum unless counsel also files a separate motion requesting the departure or variance.**

4. **Hearing Length:** Counsel for the Defendant and the Government shall notify the court at least **fourteen (14) calendar days** prior to the sentencing date if the hearing will require the presentation of witness testimony or if the hearing is anticipated to take longer than one hour.

5. **Sentencing Memoranda:** Not less than **seven (7) calendar days** before the sentencing date, **the Government and the Defendant shall each file a memorandum** setting forth (a) the sentence the Defendant should receive and (b) why that sentence is appropriate based on the facts and the law, with copies served on opposing counsel and the probation officer assigned to the case. The parties may file a response to the opposing party's sentencing memorandum **up to four (4) calendar days** before the sentencing date. Sentencing memoranda and responses thereto need not be sealed unless they contain sensitive information. If counsel wishes to seal a filing, a motion is required.

6. **Sentencing Exhibits:** Any paper exhibit that a party may offer at the sentencing hearing shall be filed as an attachment to a sentencing memorandum or as an attachment to a response to a sentencing memorandum (*see* paragraph 5 above). As to physical evidence that may be offered at the sentencing hearing, the offering party shall attach a photograph of the physical evidence to the sentencing memorandum. Any storage media (*e.g.*, CDs, DVDs) that may be offered at the sentencing hearing shall be filed conventionally, along with an electronically filed notice of conventional filing. If an exhibit is submitted in accordance with this paragraph, that exhibit need not be separately introduced at the hearing. The court requires that any written letters or personal statements be filed as exhibits to the sentencing memoranda and not be mailed or emailed to chambers. Letters that are mailed or emailed to chambers will not be considered. Unless there is a written objection filed **at least two (2) calendar days** before the hearing, all exhibits attached to the sentencing memoranda are deemed admitted and may be considered by the court.

  7. **Motions:** All motions (including motions for reduction of sentence based on the Defendant's cooperation, and motions for reduction of sentence based on Defendant's acceptance of responsibility) must be filed at least **seven (7) calendar days** before the sentencing date if the bases for the motions are known at that time. If a motion is based on circumstances that were unknown and unforeseen as of that deadline, the motion must be filed promptly upon discovery of such circumstances. **All motions shall be filed as a motion and shall not be embedded within a sentencing memorandum.**

  8. **Rule 49.1:** The parties shall comply with Rule 49.1 of the Federal Rules of Criminal Procedure and refrain from including, or shall partially redact where inclusion is necessary, personal data identifiers from all filings with the court, including exhibits, whether filed electronically or in paper, unless otherwise ordered by the court. The responsibility for redacting these personal identifiers rests solely with counsel and the parties.

  9. **Courtesy Copies:** Do not send courtesy copies to the court.

  10. **Continuances:** Continuances are strongly disfavored. Any motion for a continuance because of a scheduling conflict or the need for additional time to prepare shall include at least 4 dates and times on which the parties agree the court can reset the sentencing.

  The Clerk of the Court is DIRECTED to provide a court reporter and, if necessary, an interpreter. If the Defendant is in custody, the United States Marshal or other person having custody shall produce the Defendant for the proceeding.

  Nothing contained in this order shall be construed as impairing the rights of any party as established in the United States Constitution or laws of the United States.

  DONE and ORDERED this 21st day of January, 2026.

               _____
               BILL LEWIS
               UNITED STATES DISTRICT JUDGE